IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CR. NO. 07-MJ-126 |
| vs. | ) |
| AARON LEE DUKE, | ) |
| Defendant. | ) |

## ORDER

The United States having requested that the Court unseal the complaint and arrest warrant, and the Court being satisfied that sealing is no longer necessary, it is hereby

ORDERED that all of the above documents are UNSEALED.

Date: Nov. 13, 2007
Memphis, Tennessee

s/James H. Allen
UNITED STATES DISTRICT COURT JUDGE